UNITED STATES DISTRICT COURT

__EASTERN__ District of __MICHIGAN__

UNITED STATES OF AMERICA

v.

__Jamie Villanueva__
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 08-30142

Upon motion of the __GOVERNMENT__, it is ORDERED that detention hearing is set for _____* at __1:00 P.M.__
  Date                           Time

before __THE DUTY MAGISTRATE JUDGE__
          Name of Judicial Officer

_____
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (

FILED MAR 25 2008 CLERK'S OFFICE DETROIT

) and produced for the hearing.

_____
Other Custodial Official

Date: 3/25/08

_____
Judicial Officer

MAGISTRATE JUDGE R. STEVEN WHALEN

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant will flee or that will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.