**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                          CR. NO. 08-MJ-30142-JU-1

D-1 JAIME MICHAEL VILLANUEVA,
        Defendant,
_____/

**APPEARANCE AND NOTICE**

TO:   U.S. DISTRICT COURT                 JOHN N. O'BRIEN, II (P39912)
        Eastern District of Michigan          Assistant U.S. Attorney
        231 West Lafayette Boulevard       211 West Fort Street, Suite 2300
        Detroit, MI 48226                            Detroit, MI 48226

      **PLEASE BE ADVISED** that BRIAN M. LEGGHIO hereby enters his appearance on behalf of the Defendant, JAIME MICHAEL VILLANUEVA, in the above-captioned matter.

                                                     Respectfully submitted,

Date: April 8, 2008                BY:   S/BRIAN M. LEGGHIO (P29658)
                                                     Attorney for Defendant,
                                                     JAIME MICHAEL VILLANUEVA
                                                     134 Market Street
                                                     Mt. Clemens, MI 48043-1740
                                                     586-493-7000
                                                     blegghiousdc@legghiolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2008, I electronically filed the foregoing Appearance and Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:      Assistant U.S. Attorney John N. O'Brien, II.

                                                     S/BRIAN M. LEGGHIO (P29658)