**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                 CR. NO. 08-MJ-30142-JU-1

D-1 JAIME MICHAEL VILLANUEVA,

        Defendant,

_____/

**STIPULATION TO REVOKE DEFENDANT, JAIME MICHAEL VILLANUEVA'S BOND EFFECTIVE APRIL 11, 2008**

NOW COME the parties, by and through, the U.S. Attorney's Office by Deputy Chief Assistant U.S. Attorney John N. O'Brien, II, and Brian M. Legghio, Attorney for Defendant, Jaime Michael Villanueva, and stipulate as follows:

1. Defendant, Jaime Michael Villanueva, was originally charged in the instant case by way of Federal Criminal Complaint on March 25, 2008 on the charges of violations of the Title 18 U.S.C. §§2252(a)(4), 2252A(a)(5)(B), 2422, and 2423(a).

2. On March 26, 2008 Mr. Villanueva appeared before the U.S. District Court and was released on a personal bond with certain conditions, including third party custody and a tether.

3. While on bond, Mr. Villanueva was arrested on April 11, 2008 by the Novi

Police Department and charged by the Oakland County Prosecutor's Office with six (6) counts of Criminal Sexual Conduct, in violation of Michigan law.

4. Since April 11, 2008, Mr. Villanueva's State bond has not been posted, and he has continuously remained in the custody of the Oakland County Sheriff's Department.

5. During the pendency of the State charges, Mr. Villanueva's Federal bond had not previously been revoked.

6. The parties do hereby stipulate and agree to revoke Mr. Villanueva's Federal bond effective April 11, 2008.

       STIPULATED TO FOR ENTRY:

       U.S. ATTORNEY'S OFFICE

            BY:   /S/ Signed w/permission JOHN N. O'BRIEN, II (P39912)
                      Assistant U.S. Attorney
                      John.Obrien@usdoj.gov

            BY:   /S/BRIAN M. LEGGHIO (P29658)
                      Attorney for Defendant,
                      JAIME MICHAEL VILLANUEVA
                      blegghiousdc@legghiolaw.com

Date: July 18, 2008

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                  CR. NO. 08-MJ-30142-JU-1

D-1 JAIME MICHAEL VILLANUEVA,

        Defendant,

_____/

**CONSENT ORDER OF DETENTION PENDING TRIAL**
**NUNC PRO TUNC TO APRIL 11, 2008**

The Defendant by stipulation of counsel in writing, and with the advice of counsel, consents to detention. Defendant is currently detained in the Oakland County Jail in connection with charges pending in Oakland County Circuit Court. Based upon the consent of the defendant, therefore:

IT IS ORDERED that Defendant, Jaime Michael Villanueva be detained in connection with the above captioned case.

IT IS FURTHER ORDERED that this order is effective *nunc pro tunc* to APRIL 11, 2008 for purposes of calculation of time served only. This order shall not obligate the federal court or the Bureau of Prisons for any of the costs of detention from April 11, 2008 through the date of this order.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

S/Virginia M. Morgan
Virginia M. Morgan
United States Magistrate Judge

Dated: July 18, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System and/or U. S. Mail on July 18, 2008.

s/Jane Johnson
Case Manager to
Magistrate Judge Virginia M. Morgan