# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case:2:08-cr-20555<br>Judge: Duggan, Patrick J<br>MJ: Morgan, Virginia M<br>Filed: 10-28-2008 At 01:41 PM<br>INFO: USA V. JAMIE MICHAEL VILLANUE<br>VA (NH) |
| Plaintiff, | ) |  |
| vs. | ) | COUNT 1 |
|  | ) | TRANSPORTATION OF A |
| JAMIE MICHAEL VILLANUEVA, | ) | MINOR WITH INTENT TO |
|  | ) | ENGAGE IN ILLICIT SEXUAL |
| Defendant. | ) | CONDUCT |
|  | ) | 18 U.S.C. § 2423(a) |
|  | ) |  |
|  | ) | COUNT 2 |
|  | ) | POSSESSION OF CHILD |
|  | ) | PORNOGRAPHY |
|  | ) | 18 U.S.C. § 2252A(a)(5)(B) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT 1

### TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY
### 18 U.S.C. § 2423(a)

On or about March 20, 2008, in the Eastern District of Michigan and elsewhere, the defendant JAMIE MICHAEL VILLANUEVA, did knowingly travel in interstate commerce, from the State of Michigan to the State of Oklahoma, and did transport Jane Doe-1, a 13 year old girl from Oklahoma to Michigan with the intent and for the purpose of engaging in sexual conduct for which the

defendant could be charged with a crime, all in violation of Title 18, United States Code, § 2423(a).

## COUNT 2

### (POSSESSION OF CHILD PORNOGRAPHY
### Title 18 U.S.C. Section 2252A(a)(5)(B))

On or about March 24, 2008, in the Eastern District of Michigan, JAMIE MICHAEL VILLANUEVA, defendant herein, did knowingly possess one or more items, to wit, a computer and computer media containing still and video digital images that depict child pornography, that is, containing visual depictions that had previously been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, and which were produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, the production of which images involved the use of minors engaging in

sexually explicit conduct, as defined in Title 18, United States Code, Section

2256(2)(B)(i), and which visual depictions were of such conduct, all in violation of

18 United States Code Section 2252A(a)(5)(B).


TERRENCE  BERG
ACTING UNITED STATES ATTORNEY

 s/Jennifer M. Gorland
JENNIFER M. GORLAND
Assistant United States Attorney
Chief, General Crimes Unit



s/John N. O'Brien II
John N. O'Brien II
Assistant United States Attorney
211 W. Fort St., Suite  2001
Detroit, Michigan  48226-3220
(313) 226-9715
Email: john.obrien@usdoj.gov
P39912

DATED: October 28 , 2008

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes ☐ No | AUSA's Initials: JOB |

Case Title: USA v.  **D-1 JAMIE VILLANUEVA**

Case:2:08-cr-20555
Judge: Duggan, Patrick J
MJ: Morgan, Virginia M
Filed: 10-28-2008 At 01:41 PM
INFO: USA V. JAMIE MICHAEL VILLANUE
VA (NH)

County where offense occurred :     Oakland

Check One:     **X Felony**          ☐ Misdemeanor          ☐ Petty

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/__X__Information --- based upon prior complaint [Case number:08-30142 ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____     Judge: _____

- ☐  Original case was terminated; no additional charges or defendants.
- ☐  Corrects errors; no additional charges or defendants.
- ☐  Involves, for plea purposes, different charges or adds counts.
- ☐  Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                    **Charges**

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

_____
Date

JOHN N. O'BRIEN II
Assistant United States Attorney
211 W. Fort St., Suite  2001
Detroit, Michigan  48226-3220
Phone: (313) 226-9715
Fax: (313) 226-2621
Email: john.obrien@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04